UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:05-CV-P53-S

**TERRY WAYNE WHOBREY**                                                           **PETITIONER**

v.

**JAMES L. MORGAN, WARDEN**                                          **RESPONDENT**

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on a response to a show cause order. Petitioner, Terry Wayne Whobrey, *pro se*, challenges a state murder conviction, pursuant to 28 U.S.C. § 2254, on grounds that trial counsel rendered ineffective assistance. The Court ordered Petitioner to show cause why this action is not time-barred. In his response, Petitioner provides additional information that shows the limitations period remained tolled until January 12, 2005.[1] The Court cannot conclude, therefore, that this action is time-barred or that it otherwise plainly appears from the petition and its attachments that Petitioner is not entitled to relief. See Rule 4, Rules Governing § 2254 Cases, 28 U.S.C.A. following § 2254. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall effect service on Respondent, James L. Morgan, and the Attorney General for the Commonwealth of Kentucky. Respondent shall file an answer to the petition within 20 days of entry of this Order, pursuant to Rule 5 of the Rules Governing § 2254 Cases. Respondent shall address the allegations in the petition and state whether any claim is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations. Respondent shall attach to the answer copies of transcripts and briefs as described in Rule 5. Petitioner may file a reply to the answer within 15

---

[1] Petitioner states he appealed the January 15, 2003 trial-court order, denying his post-conviction motion. *See Whobrey v. Commonwealth*, 2004 WL 1948323 (Ky. App. Sept. 3, 2004). There, the appellate court affirmed, and on January 12, 2005, the Kentucky Supreme Court denied discretionary review.

days of the date of service.

      **IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge James D. Moyer, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), for appropriate hearings, if any, findings of fact, and recommendations for disposition.

      Dated:

cc:    Petitioner, *pro se*
       Respondent
       Attorney General, Commonwealth of Kentucky

441.007